EXHIBIT B

**U.S. Patent No. 8,215,865 v. McCue Corporation**

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] A bollard structure comprising: at least one bollard; and | McCue Corporation ("Company") makes, uses, sells and/or offers to sell a bollard structure comprising of at least one bollard.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides a CrashCore Bollard S20 (ASTM F3016) ("bollard structure") that includes a bollard.<br><br><br><br>Source: https://www.mccue.com/products/crashcore-bollard-s20-shallow |



Source: https://www.mccue.com/products/crashcore-bollard-s20-shallow (annotated)

| | |
|---|---|
| [1.1] a base comprising opposed ends and a plurality of structural members which intersect and are tied together, for each bollard of the bollard | Company provides a base comprising opposed ends and a plurality of structural members which intersect and are tied together, for each bollard of the bollard structure at least one first structural member extending from a first of the opposed ends of the base to a second of the opposed ends of the base in a first direction intersecting with the opposed ends, and at least one structural member extending to intersect with the at least one first structural member.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, CrashCore Bollard S20 includes a Shallow Cast Cage (rebar cage) ("a base") that comprises opposed ends and multiple iron rebars ("plurality of structural members"). Further, the iron rebars in the base of each bollard |

| structure at least one first structural member extending from a first of the opposed ends of the base to a second of the opposed ends of the base in a first direction intersecting with the opposed ends, and at least one structural member extending to intersect with the at least one first structural member; | extend horizontally ("first direction") from one end ("first of the opposed ends") to the other end ("second of the opposed ends") of the base such that it intersects the other ends ("intersecting with the opposed ends") of the base. Furthermore, the other iron bars of the base intersect with each other ("one structural member extending to intersect with the at least one first structural member"). In the construction industry, it is common to use rebar tie wire or spot welding for the iron rebars to hold the components of the structure together in a particular position, therefore it would be apparent to a person having ordinary skill in the art that the structural members are tied together. |
|---|---|
| |   |

Source: https://www.mccue.com/products/crashcore-bollard-s20-shallow



S20 Shallow Cast Cage
(rebar cage) ("a base")

| | INCLUDED COMPONENTS | PRODUCT # |
|---|---|---|
| A | Stainless Steel Cover & Rubber Sleeve | 9C003 |
| B | S20 Shallow Cast Cage | 2A001 |
| C | S20 Shallow Steel Core | 2A002 |
| D | Shallow Mount Hardware | 2A003 |

Source: https://info.mccue.com/hubfs/assets/products/crashcore-bollards/resources/McCue%20CrashCore%20Shallow%20Mount%20Installation%20Instructions.pdf,  Page 1 (annotated)

5



First opposed
end of base

One structural member intersect
with the first structural member

Second opposed
end of base

First structural member

Source:                                        https://info.mccue.com/hubfs/assets/products/crashcore-
bollards/resources/McCue%20CrashCore%20Shallow%20Mount%20Installation%20Instructions.pdf,    Page    1
(annotated)

The steel rebar is fabricated and placed in the form of rebar cages with bar supports, concrete, or plastic rebar
spacers. These spacers separate the steel rebar from the concrete framework that forms the concrete cover for
proper embedment. These rebar cages are joined together by spot welding, steel wire, electric rebar tier, or even
with mechanical connections.

Stirrups form the outer part of the rebar cage it is placed regularly along a column or beam to secure the position of
structural rebar, during concrete placement. It also helps in increasing the shear capacity of reinforced concrete.

Source: https://www.elogictech.com/blog/ideal-practices-and-methods-of-steel-rebar-placement

| | |
|---|---|
| [1.2] each bollard being secured to at least one of the at least one first structural member and the at least one structural member of the base for the respective bollard and extending upwardly from the base so as to transmit forces applied to the at least one bollard to the base; | Company provides a bollard being secured to at least one of the at least one first structural member and the at least one structural member of the base for the respective bollard and extending upwardly from the base so as to transmit forces applied to the at least one bollard to the base.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, each CrashCore Bollard S20 is secured with iron rebars ("at least one first structural member and the at least one structural member") in the base. Further, CrashCore Bollard S20 extends upwardly from the base such that when force or impact is applied, the force is transmitted from the bollard to its base.<br><br><br><br>Source: https://info.mccue.com/hubfs/assets/products/crashcore-bollards/resources/McCue%20CrashCore%20Shallow%20Mount%20Installation%20Instructions.pdf, Page 1 (annotated) |

7

| [1.3] wherein the base is configured to be mounted in a shallow excavation with the at least one bollard extending above grade; and | Company provides a base which is configured to be mounted in a shallow excavation with the at least one bollard extending above grade. |
| --- | --- |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, Shallow Cast Cage (rebar cage) ("base") is configured to be mounted in shallow excavation such that the bollard extends from the base to above the ground level ("above grade"). |



**SIDE VIEW**

Source: https://info.mccue.com/hubfs/assets/products/crashcore-bollards/resources/McCue%20CrashCore%20Shallow%20Mount%20Installation%20Instructions.pdf, Page 3 (annotated)



Source: https://info.mccue.com/hubfs/assets/products/crashcore-bollards/resources/McCue%20CrashCore%20Shallow%20Mount%20Installation%20Instructions.pdf, Page 5 (annotated)

| [1.4] wherein the at least one first structural member | Company provides at least one first structural member or at least one structural member or both being configured or tied together to retain within the base supporting media introduced into the base when the base is mounted in the |
|---|---|

| | |
|---|---|
| or the at least one structural member or both are configured or tied together to retain within the base supporting media introduced into the base when the base is mounted in the excavation such that the rotation is resisted of a bollard or bollards and the base from an impact against the bollard or bollards. | excavation such that the rotation is resisted of a bollard or bollards and the base from an impact against the bollard or bollards.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the iron rebars ("at least one first structural member or the at least one structural member or both") are configured to retain within the base when a concrete foundation ("supporting media") is set up ("introduced into the base"). Since the concrete foundation holds the bollard and the base in a particular position, therefore it would be apparent to a person having ordinary skill in the art that the bollard and the base become resistant against rotation upon impact ("rotation is resisted of a bollard or bollards and the base from an impact against the bollard or bollards"). |



Source: https://info.mccue.com/hubfs/assets/products/crashcore-bollards/resources/McCue%20CrashCore%20Shallow%20Mount%20Installation%20Instructions.pdf, Page 5 (annotated)



Iron rebars retained within the base with concrete foundation

Source: https://www.mccue.com/products/crashcore-bollard-s20-shallow (annotated)



Source: https://www.mccue.com/products/crashcore-bollard-s20-shallow (annotated)

| [2] The bollard structure of claim 1, wherein at least one of the opposed ends is formed by a structural member to which an end of the at least one first structural member is secured. | Company provides bollard structure of claim 1, wherein at least one of the opposed ends is formed by a structural member to which an end of at least one first structural member is secured.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the opposed ends are formed by the structural members ("at least one of the opposed ends is formed by a structural member") that intersect and are fixed to the first structural member ("end of the at least one first structural member is secured"). |



Source: https://info.mccue.com/hubfs/assets/products/crashcore-bollards/resources/McCue%20CrashCore%20Shallow%20Mount%20Installation%20Instructions.pdf, Page 1 (annotated)

| [3] The bollard structure of claim 1, wherein the intersecting structural members have axes that extend parallel to a plane of the base. | Company provides bollard structure of claim 1, wherein intersecting structural members have axes that extend parallel to a plane of the base.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the axes of all the structural members of the bollard are parallel to the internal casing ("the intersecting structural members have axes that extend parallel to a plane of the base."). |



"Plane of the base"

Axes of the structural member extending parallel to the plane of base

Source: https://info.mccue.com/hubfs/assets/products/crashcore-bollards/resources/McCue%20CrashCore%20Shallow%20Mount%20Installation%20Instructions.pdf, Page 1 (annotated)

| [4] The bollard structure of claim 1, wherein the base has a height of 3 inches to 14 inches. | Company provides bollard structure of claim 1, wherein the base has a height of 3 inches to 14 inches.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the internal casing of the bollard has a height of 12 inches ("base has a height of 3 inches to 14 inches"). |
| --- | --- |



**SIDE VIEW**

Source: https://info.mccue.com/hubfs/assets/products/crashcore-bollards/resources/McCue%20CrashCore%20Shallow%20Mount%20Installation%20Instructions.pdf, Page 3 (annotated)

| [14] The bollard structure of claim 1, wherein the | Company provides the bollard structure of claim 1, wherein the plurality of structural members comprises at least one plate. |
| --- | --- |

17

| | |
|---|---|
| plurality of structural members comprises at least one plate. | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the structural member of the base contains a plate ("structural members comprises at least one plate") just below the bollard.<br><br><br><br>Source: https://info.mccue.com/hubfs/assets/products/crashcore-bollards/resources/McCue%20CrashCore%20Shallow%20Mount%20Installation%20Instructions.pdf, Page 1 (annotated) |
| 15. The bollard structure of claim 1, wherein the plurality of structural members | Company provides the bollard structure of claim 1, wherein the plurality of structural members comprise structural steel members.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| comprise structural steel members. | For example, the bollard structure is secured to the base through plurality of iron rebars ("structural members comprise structural steel members").  Source: https://www.mccue.com/products/crashcore-bollard-s20-shallow (annotated) |
| --- | --- |

## 2. List of References

1. https://www.mccue.com/products/crashcore-bollard-s20-shallow, last accessed on July 19, 2024.
2. https://info.mccue.com/hubfs/assets/products/crashcore-bollards/resources/McCue%20CrashCore%20Shallow%20Mount%20Installation%20Instructions.pdf, last accessed on July 19, 2024.
3. https://www.elogictech.com/blog/ideal-practices-and-methods-of-steel-rebar-placement, last accessed on July 19, 2024.